# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Michael James Gosnell, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:19-cv-00355-MOC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Ralph Charles Loomis, | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 24, 2020 Order.

March 24, 2020

*[signature]*

Frank G. Johns, Clerk
United States District Court